UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       v.          )   No. 21-mj-4050-DHH<br>  )<br>JOSHUA LEWIS,       )<br>    **Defendant**     )<br>  ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Sean Sullivan, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one JOSHUA LEWIS on a criminal complaint issued by the United States District Court for the Maine on March 15, 2021, charging the defendant with conspiracy to violate federal firearms laws, in violation of 18 U.S.C. §§ 371, 922(a)(6), and 924(a)(1)(A).  I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant is attached.

_Sean Sullivan_
Sean Sullivan
Special Agent, ATF

Subscribed and sworn to before me via videoconference pursuant to Fed. R. Crim. P. 4.1 this 16th day of March, 2021.

3:22 p.m.

_David H. Hennessy_
HON. DAVID H. HENNESSY
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Maine

| United States of America | ) |
|---|---|
| v. | ) |
| JOSHUA LEWIS | ) Case No. 1:21-mj-00062-JCN |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua Lewis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to violate federal firearms laws.  18 U.S.C. §§ 371, 922(a)(6) and 924(a)(1)(A).

Date and time issued: 1:03 pm, Mar 15 2021

City and state: Bangor, ME

*Judge's signature*

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*